# United States District Court
District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

July 8, 2015

TO COUNSEL OF RECORD

Re: *United States v. Elmar Rakhamimov, Zarakh Yelizarov, Artur Zakharyan, Ilgar Rakhamimov, Nikolay Zakharyan, Adam Azerman, Shamil Novakhov, and Ruslan Ykiew*, Criminal Case No. WDQ 13-cr-0662

Dear Counsel:

We will proceed to sentencing in any case in which the government and the defendant are able to reach an agreement on restitution. The sentencing will be postponed in cases with no restitution agreement, and the following briefing schedule will apply. The government's opening brief stating its position on restitution is due July 22, 2015. The defendants' responses are due August 5, 2015. The government's reply is due August 12, 2015. A hearing will be scheduled when briefing is complete.

Although informal, this letter is an Order of the Court and will be docketed accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: Felicia C. Cannon, Clerk